**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Carlton Clark<br><br>Civil Case No. 1:24−cv−00214−RLY−TAB | ) Case No. 1:14-ml-2570-RLY-TAB<br>)<br>) MDL No. 2570<br>)<br>)<br>)<br>)<br>)<br>) |

To the Prothonotary:

Messa & Associates P.C. hereby moves the Court for leave to withdraw their appearance as counsel of record for Plaintiff, Carlton Clark, in the above-captioned matter.

Counsel Ashley B. DiLiberto and Joseph L. Messa Jr. seek to withdraw their appearance effective April 13, 2026.

Counsel has provided the Plaintiff with at least seven (7) days written notice of the intent to withdraw. *See **Exhibit A**, Notice of intent to withdraw and **Exhibit B**, Confirmation of delivery receipt, attached hereto*.

The Plaintiff's last known contact information is as follows:

| | |
|---|---|
| Address: | 1825 South Taylor Street<br>Philadelphia, PA 19145 |
| Phone: | 267-516-5858 |
| Email: | verdette10k@gmail.com |

Dated: <u>April 13, 2026</u>    By:    */s/ Ashley B. DiLiberto*
Ashley B. DiLiberto, Esquire
Joseph L. Messa, Jr., Esquire
Messa & Associates, P.C.
123 South 22nd Street
Philadelphia, Pennsylvania 19103
(215) 568-3500 / Telephone
(215) 568-3501 / Facsimile
PA Bar Nos.: 323701/ 53645