UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.  1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Carlton Clark
Case No. 1:24-cv-214-RLY-TAB

---

## ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed without prejudice for Plaintiffs' failure to appear at a telephonic status conference and his failure to respond to a show cause order.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Dkt. 27947).  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 29th day of June 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1